Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Thomas Bell** : | Case No. 14−11095−TPA |
| **Kathy Bell** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 94 |
| v. : | |
| **No Respondents** : | Hearing Date: 4/1/20 at 12:00 PM |
| *Respondent(s).* : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

  *AND NOW,* this *The 31st of January, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 94 , by the Chapter 13 Trustee

  It is hereby **ORDERED, ADJUDGED and DECREED** that:

  (1) **On or before March 16, 2020**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

  (2) This *Motion* is scheduled for hearing on **April 1, 2020 at 12:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

  (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                    Case No. 14-11095-TPA
Thomas Bell                                               Chapter 13
Kathy Bell
        Debtors
                           CERTIFICATE OF NOTICE
District/off: 0315-1          User: jmar              Page 1 of 2           Date Rcvd: Jan 31, 2020
                              Form ID: 300b           Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2020.
db/jdb         +Thomas Bell,    Kathy Bell,    PO Box 6,    Foxburg, PA 16036-0006
cr             +Wilmington Savings Fund Society, FSB, d/b/a Christ,    c/o Fay Servicing, LLC,
                 3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
13938222       +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
13951116       +Butler Hospital Care Associates,    Suite 901,    PO Box 1549,    Butler, PA 16003-1549
13951117       +Butler Pathology Services,    PO Box 1549,    Suite 004,    Butler, PA 16003-1549
13938225      ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
                (address filed with court: Collection Service Cen,     Po Box 1623,    Butler, PA 16003)
13938224       +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
13951120       +Clarion Image Care Inc.,    P.O. Box 506,    Clarion, PA 16214-0506
13938226       +Concordia Fin Comp Lts,    3602 E Inland Empire Blv,    Ontario, CA 91764-4900
13951122       +Concordia Financial Comp. Lts,    3602 E Inland Empire Boulevard,    Ontario, CA 91764-4900
13938229        Nco Fin/51,   Po Box 13574,    Philadelphia, PA 19101
13951125        Nco Financial/51,    Po Box 13574,    Philadelphia, PA 19101
13951128        Phelan Hallinan, LLP,    Attn: Michael Dingerdissen, Esquire,     1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103
15191236       +U.S. Bank Trust National Association as Trustee f,    Serviced by Select Portfolio Servicing,,
                 PO Box 65250,    Salt Lake City, UT 84165-0250
14023836       +VENTURES TRUST 2013-I-H-R,    PO Box 660605,    Dallas, TX 75266-0605
13951129       +West Penn Cardiology Assoc.,    5140 Liberty Ave.,    Pittsburgh, PA 15224-2215
14784177        Wilmington Savings Fund Society,    Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 75381-4609
14641090        Wilmington Savings Fund Society et al,    c/o Fay Servicing, LLC,    PO Box 814609,
                 Dallas, TX 75381-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: jennifer.chacon@spservicing.com Feb 01 2020 04:08:31
                 SELECT PORTFOLIO SERVICING, INC,    PO Box 65250,    Salt Lake City, UT 84165-0250
13951115       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Feb 01 2020 04:08:34
                 Butler Anesthesia Assoc PC,    c/o Berks Credit & Collections,    P.O. Box 329,
                 Temple, PA 19560-0329
13938223       +E-mail/Text: matthartweg@cbjcredit.com Feb 01 2020 04:08:19      Cbj Credit Recovery,
                 117 W 4th St,    Jamestown, NY 14701-5005
13938227       +E-mail/Text: bdsupport@creditmanagementcompany.com Feb 01 2020 04:07:47
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13982433        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 01 2020 04:07:35      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13938228       +E-mail/Text: Bankruptcies@nragroup.com Feb 01 2020 04:08:29      National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
13951124       +E-mail/Text: Bankruptcies@nragroup.com Feb 01 2020 04:08:29      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
13951127        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 01 2020 04:06:57      PA Department of Revenue,
                 Banruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank Trust National Association as Trustee fo
cr              Ventures Trust 2013-I-H-R
cr              Wilmington Savings Fund Society et al c/o Fay Serv
13951114*      +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
13951121*     ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
                (address filed with court: Collection Service Center,     Po Box 1623,    Butler, PA 16003)
13951118*      +Cbj Credit Recovery,    117 W 4th Street,    Jamestown, NY 14701-5005
13951119*      +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
13951123*      +Credit Management Co,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13938230      ##+Northwest Consumer Dis,    Po Box 789,    Butler, PA 16003-0789
13951126      ##+Northwest Consumer Discount,    Po Box 789,    Butler, PA 16003-0789
                                                                                   TOTALS: 3, * 5, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-1           User: jmar              Page 2 of 2             Date Rcvd: Jan 31, 2020
                               Form ID: 300b           Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2020 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Ventures Trust 2013-I-H-R ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Celine P. DerKrikorian    on behalf of Creditor    Ventures Trust 2013-I-H-R ecfmail@mwc-law.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Wilmington Savings Fund Society et al c/o Fay
               Servicing, LLC debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association as Trustee for
               GIFM Holdings Trust bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Kathy  Bell ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Thomas  Bell ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```