**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/18/20 3:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    THOMAS BELL
    KATHY BELL
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:14-11095 TPA

Chapter 13

Document No.: 94

## ORDER OF COURT

AND NOW, this ___18th___ day of ___March___, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

_____
U.S. BANKRUPTCY JUDGE   jlm

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 14-11095-TPA
Thomas Bell                                                         Chapter 13
Kathy Bell
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: nsha              Page 1 of 2              Date Rcvd: Mar 18, 2020
                              Form ID: pdf900         Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
```
db/jdb        +Thomas Bell,    Kathy Bell,    PO Box 6,    Foxburg, PA 16036-0006
cr            +Wilmington Savings Fund Society, FSB, d/b/a Christ,    c/o Fay Servicing, LLC,
                3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
13938222      +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
13951116      +Butler Hospital Care Associates,    Suite 901,    PO Box 1549,    Butler, PA 16003-1549
13951117      +Butler Pathology Services,    PO Box 1549,    Suite 004,    Butler, PA 16003-1549
13938225     ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
               (address filed with court: Collection Service Cen,     Po Box 1623,    Butler, PA 16003)
13938224      +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
13951120      +Clarion Image Care Inc.,    P.O. Box 506,    Clarion, PA 16214-0506
13938226      +Concordia Fin Comp Lts,    3602 E Inland Empire Blv,    Ontario, CA 91764-4900
13951122      +Concordia Financial Comp. Lts,    3602 E Inland Empire Boulevard,    Ontario, CA 91764-4900
13938229       Nco Fin/51,    Po Box 13574,    Philadelphia, PA 19101
13951125       Nco Financial/51,    Po Box 13574,    Philadelphia, PA 19101
13951128       Phelan Hallinan, LLP,    Attn: Michael Dingerdissen, Esquire,     1617 JFK Boulevard, Suite 1400,
                One Penn Center Plaza,    Philadelphia, PA 19103
15191236      +U.S. Bank Trust National Association as Trustee f,     Serviced by Select Portfolio Servicing,,
                PO Box 65250,    Salt Lake City, UT 84165-0250
14023836      +VENTURES TRUST 2013-I-H-R,    PO Box 660605,    Dallas, TX 75266-0605
13951129      +West Penn Cardiology Assoc.,    5140 Liberty Ave.,    Pittsburgh, PA 15224-2215
14784177       Wilmington Savings Fund Society,    Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 75381-4609
14641090       Wilmington Savings Fund Society et al,    c/o Fay Servicing, LLC,    PO Box 814609,
                Dallas, TX 75381-4609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: jennifer.chacon@spservicing.com Mar 19 2020 04:48:50
                SELECT PORTFOLIO SERVICING, INC,    PO Box 65250,    Salt Lake City, UT 84165-0250
13951115      +E-mail/Text: EBN_Greensburg@Receivemorermp.com Mar 19 2020 04:48:51
                Butler Anesthesia Assoc PC,    c/o Berks Credit & Collections,    P.O. Box 329,
                Temple, PA 19560-0329
13938223      +E-mail/Text: matthartweg@cbjcredit.com Mar 19 2020 04:48:37     Cbj Credit Recovery,
                117 W 4th St,    Jamestown, NY 14701-5005
13938227      +E-mail/Text: bdsupport@creditmanagementcompany.com Mar 19 2020 04:48:07
                Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13982433       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 19 2020 04:47:55      Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
13938228      +E-mail/Text: Bankruptcies@nragroup.com Mar 19 2020 04:48:46     National Recovery Agen,
                2491 Paxton St,    Harrisburg, PA 17111-1036
13951124      +E-mail/Text: Bankruptcies@nragroup.com Mar 19 2020 04:48:46     National Recovery Agency,
                2491 Paxton Street,    Harrisburg, PA 17111-1036
13951127       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 19 2020 04:47:02     PA Department of Revenue,
                Banruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
                                                                                              TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             U.S. Bank Trust National Association as Trustee fo
cr             U.S. Bank Trust National Association as Trustee fo
cr             Ventures Trust 2013-I-H-R
cr             Wilmington Savings Fund Society et al c/o Fay Serv
13951114*     +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
13951121*    ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
               (address filed with court: Collection Service Center,     Po Box 1623,    Butler, PA 16003)
13951118*     +Cbj Credit Recovery,    117 W 4th Street,    Jamestown, NY 14701-5005
13951119*     +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
13951123*     +Credit Management Co,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13938230     ##+Northwest Consumer Dis,    Po Box 789,    Butler, PA 16003-0789
13951126     ##+Northwest Consumer Discount,    Po Box 789,    Butler, PA 16003-0789
                                                                                      TOTALS: 4, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-1              User: nsha                 Page 2 of 2                  Date Rcvd: Mar 18, 2020
                                  Form ID: pdf900            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    Ventures Trust 2013-I-H-R ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Celine P. DerKrikorian    on behalf of Creditor    Ventures Trust 2013-I-H-R ecfmail@mwc-law.com
          Danielle Boyle-Ebersole    on behalf of Creditor    Wilmington Savings Fund Society et al c/o Fay
           Servicing, LLC debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
          James Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association as Trustee for
           GIFM Holdings Trust bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Kathy  Bell ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Debtor Thomas  Bell ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                         TOTAL: 8
```