**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Thomas Bell
Kathy Bell**
   Debtor(s)

Bankruptcy Case No.: 14–11095–TPA

Chapter: 13

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Ronda J. Winnecour is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 13 case of the above named Debtor(s) is closed.

Dated: March 23, 2020

    Thomas P. Agresti
    United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Thomas Bell
Kathy Bell
    Debtors

Case No. 14-11095-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: nsha           Page 1 of 1          Date Rcvd: Mar 23, 2020
                        Form ID: 129        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2020.
db/jdb        +Thomas Bell,   Kathy Bell,   PO Box 6,   Foxburg, PA 16036-0006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2020 at the address(es) listed below:
          Alexandra Teresa Garcia   on behalf of Creditor   Ventures Trust 2013-I-H-R ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Celine P. DerKrikorian   on behalf of Creditor   Ventures Trust 2013-I-H-R ecfmail@mwc-law.com
          Danielle Boyle-Ebersole   on behalf of Creditor   Wilmington Savings Fund Society et al c/o Fay
           Servicing, LLC debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
          James Warmbrodt   on behalf of Creditor   U.S. Bank Trust National Association as Trustee for
           GIFM Holdings Trust bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.   on behalf of Debtor Thomas  Bell ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.   on behalf of Joint Debtor Kathy  Bell ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                                                   TOTAL: 8